UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lewys Ruiz Cuenca

Petitioner,

-against-

Kenneth Genalo, *New York Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO)*, Todd Lyons, *Acting Director, US Immigration and Customs Enforcement, Respondent, Secretary, Department of Homeland Security (DHS)*, Darrin Margolin, *Director, Executive Office for Immigration Review*, Todd Blanche, *Acting US Attorney General*

Respondents.

26 Civ. 06942 (GBD)

ORDER

**GEORGE B. DANIELS, United States District Judge:**

Counsel for the parties are hereby **ORDERED** to appear for a hearing to address the Habeas Petition on **Thursday, September 3, 2026**, at **3:30 p.m.** The hearing will occur before the Honorable Margaret M. Garnett, the Part I Judge on duty, in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties are further **ORDERED** to familiarize themselves with Judge Garnett's individual rules before the hearing.

**SO ORDERED.**

Dated: August 20, 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
United States District Judge